# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON R. CARRILLO, | Case No. 1:25-cv-01703-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 16) |
| Defendant. | |

Plaintiff Shannon R. Carrillo commenced this action on December 2, 2025, challenging the Commissioner of Social Security's final decision denying her application for Social Security Benefits.  (ECF No. 1.)  The parties have consented to the jurisdiction of the United States Magistrate Judge.  (ECF Nos. 7, 8, 9.)  On July 6, 2026, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1.      This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation (ECF No. 16);

2.      All pending dates and matters are VACATED; and

/ / /

/ / /

/ / /

3.    Judgment is ENTERED in favor of Plaintiff Shannon R. Carrillo and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **July 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2